JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FEDERAL AVIATION ADMINISTRATION,<br><br>　　　　　Defendant. | Case No. 2:19-cv-10506 RSWL (MAAx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

IT IS SO ORDERED that pursuant to the parties' separately filed stipulation, this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. In consideration of the terms set forth in the stipulation, each party will bear its own remaining fees, expenses, and costs.

Dated: July 18, 2022　　　　　　　*/S/ RONALD S.W. LEW*
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

PRESENTED BY:

STEPHANIE S. CHRISTENSEN
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
　/s/ *Jason K. Axe*
JASON K. AXE
Assistant United States Attorney
Attorneys for Defendant